B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  ROBERT  SHOEMAKER                    ,          Case No.  23-50967

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____Jefferson Capital Systems, LLC_____
Name of Transferee

__WS BADCOCK CORP_____
Name of Transferor

Name and Address where notices to transferee should be sent:
   Jefferson Capital Systems, LLC
   PO Box 7999
   St. Cloud , MN 56302-9617
Phone:   800-928-7314
Last Four Digits of Acct #:        9616

Court Claim # (if known): _____
Amount of Claim:    $4,308.32
Date Claim Filed:    07/12/2023

Phone: _____
Last Four Digits of Acct. #:     9616

Name and Address where transferee payments should be sent (if different from above):
   Jefferson Capital Systems, LLC
   PO Box 772813
   Chicago , IL 60677-2813
Phone:   800-928-7314
Last Four Digits of Acct #:     9616

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tina Ochoa                          Date: 06/05/2026
   Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.