B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  ROBERT SHOEMAKER            ,                    Case No.   23-50967

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____Jefferson Capital Systems, LLC_____              ___WS BADCOCK CORP_____
Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee             Court Claim # (if known): _____1_____
should be sent:                                          Amount of Claim:  ___$4,308.32___
    Jefferson Capital Systems, LLC                    Date Claim Filed:  ___07/12/2023___
    PO Box 7999
    St. Cloud , MN 56302-9617
Phone:   800-928-7314                                    Phone: _____
Last Four Digits of Acct #:  _____9616_____            Last Four Digits of Acct. #: ____9616____

Name and Address where transferee payments
should be sent (if different from above):
    Jefferson Capital Systems, LLC
    PO Box 772813
    Chicago , IL 60677-2813
Phone:   800-928-7314
Last Four Digits of Acct #:_____9616_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tina Ochoa_____          Date:__06/05/2026_____
        Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.