United States Bankruptcy Court
Southern District of Mississippi

In re: Robert Matthew Shoemaker
Debtor

Case No. 23-50967-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 3
Date Rcvd: Nov 03, 2026 | Form ID: 3180W | Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Matthew Shoemaker, 213 Jessie Smith Rd, Lucedale, MS 39452-3001 |
| 5252395 | + | Family Choice Financial, Inc. - Lucedale Branch, 168 Cowart Street, Lucedale, MS 39452-5916 |
| 5252397 | | Graceland Portable Bui, P.O. Box 1000, Dept #162, Memphis, TN 38148-0162 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: notices@jhoodlaw.com | Nov 03 2026 19:46:00 | Family Choice Financial, Inc. - Lucedale Branch, c/o B. Joey Hood, II, Attorney at Law, P.O. Box 759, Ackerman, MS 39735-0759 |
| cr | | EDI: JEFFERSONCAP.COM | Nov 04 2026 01:45:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| 5257330 | + | Email/Text: notices@jhoodlaw.com | Nov 03 2026 19:46:00 | B. Joey Hood, II., B. Joey Hood, II., Attorney at Law, PLLC, For Family Choice Financial Inc Lucedale, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5252394 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2026 19:58:24 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5252398 | | EDI: IRS.COM | Nov 04 2026 01:45:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5252396 | + | Email/Text: bankruptcy@curo.com | Nov 03 2026 19:46:00 | First Heritage, 3221 Market St, Ste 2, Pascagoula, MS 39567-4408 |
| 5275500 | + | Email/Text: bankruptcy@curo.com | Nov 03 2026 19:46:00 | First Heritage of Mississippi - Pascagoula, c/o Heights Finance Corporation, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 5279381 | + | Email/Text: bankruptcycourt@towerloan.com | Nov 03 2026 19:46:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5252399 | + | Email/Text: ebone.woods@usdoj.gov | Nov 03 2026 19:46:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5278390 | | EDI: JEFFERSONCAP.COM | Nov 04 2026 01:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5257145 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 19:58:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5275389 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2026 19:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5252400 | | EDI: MSDOR | Nov 04 2026 01:45:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |

| | | | | |
|---|---|---|---|---|
| 5252401 | | Email/Text: bankruptcy@republicfinance.com | Nov 03 2026 19:46:00 | Republic Finance, 3100 Bienville Blvd, Ocean Springs, MS 39564 |
| 5270224 | | Email/Text: bankruptcy@republicfinance.com | Nov 03 2026 19:46:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5252402 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 19:58:25 | Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5252403 | | Email/Text: bankruptcycourt@towerloan.com | Nov 03 2026 19:46:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5283238 | + | Email/Text: bankruptcynotices@sba.gov | Nov 03 2026 19:46:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 5252404 | ^ | MEBN | Nov 03 2026 19:41:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5252405 | | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | Nov 03 2026 19:46:00 | US Dept of Treasury, Attn: AWG Analyst, Admin Wage Garnishment, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 5252406 | + | Email/Text: ebone.woods@usdoj.gov | Nov 03 2026 19:46:00 | US Dept of Treasury, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5252408 | + | Email/Text: ebone.woods@usdoj.gov | Nov 03 2026 19:46:00 | US Small Business Admi, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5252407 | + | Email/Text: bankruptcynotices@sba.gov | Nov 03 2026 19:45:00 | US Small Business Admi, 500 Poydras St, Ste 828, New Orleans, LA 70130-3374 |
| 5252409 | + | EDI: JEFFERSONCAP | Nov 04 2026 01:45:00 | W.S. Badcock Corp, Attn: Bankruptcy, 200 Nw Phosphate Blvd, Mulberry, FL 33860-2328 |
| 5253588 | + | EDI: JEFFERSONCAP | Nov 04 2026 01:45:00 | W.S.Badcock Corporation, Post Office Box 724, Mulberry,FL 33860-0724 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | |

| | |
|---|---|
| | on behalf of Creditor Family Choice Financial Inc. - Lucedale Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Robert Matthew Shoemaker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert Matthew Shoemaker**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–5956** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **23–50967–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Robert Matthew Shoemaker**

Dated: 11/3/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**