# INVOICE

Invoice # 9673
Date: 11/04/2026
Due On: 12/04/2026

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Robert Matthew Shoemaker

### 04929-Shoemaker Robert Matthew

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 01/15/2024 | Draft fee application and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JC | 01/17/2024 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; prepared all for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/19/2024 | Review: 23-50967-KMS Order on Application for Compensation Document #35 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/24/2024 | Telephone call from debtor inquiring about Application for Compensation; explained it is paid through his bankruptcy plan. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/08/2026 | Review: 23-50967-KMS Amended Transfer of Claim Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/08/2026 | Review: 23-50967-KMS Transfer of Claim (with Waiver of Notice) Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/09/2026 | Review: 23-50967-KMS Notice of Assignment/Transfer of Claim Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/17/2026 | Reviewed e-mail from Mikki informing once the next payment from Ingalls is received, the case can be closed; drafted text message to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/18/2026 | Incoming Call: Telephone call from debtor to get clarification of BK | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | closing early and provided updated e-mail address; reviewed contact information to add new e-mail. | | | |
| Service | JAC | 09/22/2026 | Review: 23-50967-KMS Release of Wages Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/22/2026 | Reviewed e-mail from Fonda informing debtor's case is closing early and a release of wages will be mailed as soon as the judge signs it. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/24/2026 | Reviewed docket to confirm debtor education complete; drafted Motion for Discharge; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor informing I sent an e-mail with a link to sign the Motion. | 0.20 | $155.00 | $31.00 |
| Service | BM | 09/29/2026 | Incoming Call: Call from debtor stating employer is still withhold plan payments from his check, reviewed ECF to determine was just filed 9/22/26. Explained to debtor that it's possible his payroll dept hasn't received the R.O.W yet and he's welcome to contact payroll to ensure they received it or provide a physical copy to his in-person contact. Told debtor any funds withheld after 9/22 will be returned | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/29/2026 | Reviewed Motion for Discharge executed by debtor received via Clio e-sign; revised to add debtor’s and TC’s e-signatures to prepare for uploading to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/01/2026 | Reviewed Declaration of Mailing Notice and Motion for Discharge and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/03/2026 | Review: 23-50967-KMS Discharge of Debtor(s) After Completion of Chapter 13 Plan Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/04/2026 | Draft Fee Application, Notice and Proposed roder: Reviewed Orders Granting 1st and 2nd Applications for Compensation and 1st and 2nd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee’s site to determine amount of attorney’s fees paid to date; reviewed activities in case; began drafting Final Application | 0.50 | $155.00 | $77.50 |

for Compensation, Notice, Affidavit, and proposed Order.

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.5 | $360.00 | $180.00 |
| Thomas Rollins | Attorney | 0.4 | $360.00 | $144.00 |
| Jacki Curry | Non-Attorney | 1.5 | $155.00 | $232.50 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | **Subtotal** | **$572.00** |
| | | | **Total** | **$572.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5309 | 10/14/2023 | $2,572.08 | $0.00 | $2,572.08 |
| 5837 | 02/14/2024 | $816.52 | $0.00 | $816.52 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9673 | 12/04/2026 | $572.00 | $0.00 | $572.00 |
| | | | **Outstanding Balance** | **$3,960.60** |
| | | | **Total Amount Outstanding** | **$3,960.60** |