**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Robert Matthew Shoemaker**
**, Debtor**

**Case No. 23-50967-KMS**
**CHAPTER 13**

## FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,550.00 | $22.08 | $2,572.08 | 25 | 10/10/2023 |
| $781.00 | $35.52 | $816.52 | 35 | 01/17/2024 |
| $572.00 | $0.00 | $572.00 | n/a | n/a |
| $3,903.00 | $57.60 | $3,960.60 | | |

ROLLINS
LAW FIRM

# INVOICE

Invoice # 5309
Date: 09/14/2023
Due On: 10/14/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Robert Matthew Shoemaker
213 Jessie Smith Rd
Lucedale, MS 39452

## 04929-Shoemaker Robert Matthew

## Ch 13 hourly - Robert **Works Nights - CALL BEFORE NOON**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JAC | 06/12/2023 | Review Credit Report | 0.20 | $350.00 | $70.00 |
| Service | JC | 06/12/2023 | Conference with client submitting pay, bank, tax, debts, and general information packet (GIP) after video consultation with GM; assisted debtor in completing his GIP as he was having a hard time completing; updated GIP with information submitted but not listed | 0.50 | $150.00 | $75.00 |
| Service | JC | 06/12/2023 | Reviewed 119 pages of documents including copies of bills, pay, bank statements, general information packet, tax returns, photo ID and SS card; organized in case file; drafted memo to JAC to review | 0.40 | $150.00 | $60.00 |
| Service | JAC | 06/14/2023 | Review initial documents (GIP, tax, pay, bank) submitted by debtor | 0.20 | $350.00 | $70.00 |
| Service | JC | 06/15/2023 | Telephone call from debtor regarding text message he received to submit CashApp statements, amount of tax owed, driver's license and SS card; chat conference with BM and reviewed general information packet and did not find anything related to CashApp; told debtor to disregard CashApp; discussed other items needed | 0.20 | $150.00 | $30.00 |
| Service | JC | 06/15/2023 | Reviewed memo for BM stating CashApp transactions are on debtor's bank statements; reviewed statements, all transactions show Brandi Wel...; drafted | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | text to debtor inquiring who Brandi is and if the CashApp is her account | | | |
| Service | JC | 06/15/2023 | Reviewed text message from debtor sending driver's license, SS card, mileage for two vehicles, taxes owed, and informing CashApp belongs to his girlfriend - organized documents | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/19/2023 | Drafted text message to debtor to begin sending pay and bank statements to my e-mail address as I am now her point of contact as case administrator. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/20/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.20 | $350.00 | $70.00 |
| Service | JC | 06/21/2023 | Drafted text message to debtor regarding opening a new bank account and asking for confirmation of receipt | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/21/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.30 | $350.00 | $105.00 |
| Service | JC | 06/21/2023 | Telephone call from debtor informing his Navigator loan is paid in full; drafted memo to JAC | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/21/2023 | Contact Debtor: Telephone conference with debtor about freezing his bank account that his check is direct deposited into; since he does not owe money to that bank will they still freeze it | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/22/2023 | review & respond to email from JC re: $\Delta$ bank | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/22/2023 | Telephone call from debtor giving his e-mail address and informing he sent an e-mail; added e-mail address to debtor's contact information | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/22/2023 | Telephone call to debtor to find out if he has a date for surgery; he stated he is putting off surgery for as long as he can | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/23/2023 | Reviewed e-mail from debtor submitted bank statement and pay stub; drafted reply inquiring what bank | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/23/2023 | Drafted memo to JAC to inquire if debtor's bank account can still be frozen if he has paid off his loan | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/23/2023 | review & respond to email to JC | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 06/26/2023 | Telephone call from debtor informing the partial bank activity statement is for Navigator bank | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/26/2023 | Reviewed memo from JAC informing debtor does not need to move his funds if he does not owe the bank; drafted text message to debtor informing same | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/26/2023 | Drafted e-mail to debtor sending proposed payment plan | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/26/2023 | Contact Debtor: Telephone conference from debtor to discuss whether he would like to proceed with filing bankruptcy | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/26/2023 | Reviewed e-mail from debtor regarding filing chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/27/2023 | Telephone call from debtor informing he is ready to file and will pay the fees whenever they are needed | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/29/2023 | Telephone call from debtor regarding how to pay filing fee | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/29/2023 | Telephone call from debtor to submit online payment | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/29/2023 | Add filing fee payment to SOFA | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/04/2023 | Reviewed e-mail from debtor requesting credit counseling information; drafted reply sending website and instructions | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/05/2023 | Telephone call from debtor informing he completed credit counseling; reviewed Urgent website and confirmed; he said he might not have done it right - told him that the website showed it complete | 0.10 | $150.00 | $15.00 |
| Service | JAC | 07/10/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/10/2023 | Conference w/ client to review and sign initial papers | 0.60 | $350.00 | $210.00 |
| Service | JC | 07/10/2023 | Prepared client for video conference with TR ; conference with client to execute signature pages and give pay plan and bankruptcy information | 0.30 | $150.00 | $45.00 |
| Service | JC | 07/10/2023 | Drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/10/2023 | Drafted text message to debtor sending case number | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/11/2023 | Review: 23-50967-KMS Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
| Service | JAC | 07/12/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $350.00 | $105.00 |
| Expense | KC | 07/12/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $19.38 | $19.38 |
| Service | TR | 07/14/2023 | Review: 23-50967-KMS Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/14/2023 | Review: Proof of Claim 23-50967-KMS W.S.Badcock Corporation Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/18/2023 | Reviewed several e-mails from debtor submitting bank and pay; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver’s license and Social Security card; drafted e-mail to debtor requesting additional bank and pay | 0.50 | $150.00 | $75.00 |
| Service | JC | 07/18/2023 | Telephone call from debtor inquiring if I received his pay stubs sent via e-mail and letting me know he will need to go to the bank to get the statement needed | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-50967-KMS Mississippi Department of Revenue Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 07/20/2023 | Amend Plan - update treatment for Badcock based on POC 1 filed. Update amount owed to MSDoR based on claim 2 filed. | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/23/2023 | Review: Proof of Claim 23-50967-KMS LVNV Funding, LLC Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/23/2023 | Review: Proof of Claim 23-50967-KMS LVNV Funding, LLC Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/24/2023 | Reviewed pay stubs and bank statement in jpeg format submitted by debtor; converted all to pdf and merged with existing pay and bank; drafted reply requesting additional bank | 0.20 | $150.00 | $30.00 |
| Service | KR | 07/26/2023 | Contact Debtor: Telephone conference with debtor helping him with the 2nd course; he was having issues signing up for the course; walked him through the signing up process and answered all questions. | 0.40 | $150.00 | $60.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 07/26/2023 | Reviewed additional bank statements submitted by debtor via e-mail; merged with existing statement; drafted letter to trustee sending bank, pay, and tax to trustee; prepared all documents and envelope for mailing; e-mailed letter to trustee to JAC to obtain her approval; drafted e-mail to trustee attaching photo ID and SS card; drafted text message to debtor to discontinue submitting bank statements and pay | 0.50 | $150.00 | $75.00 |
| Expense | JC | 07/26/2023 | Postage: Sending docs to trustee for MOC | 1.00 | $2.07 | $2.07 |
| Service | TR | 07/27/2023 | Review: 23-50967-KMS Personal Financial Management Course (Certificate) Document# 15 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/04/2023 | Review: Proof of Claim 23-50967-KMS Internal Revenue Servi Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 08/08/2023 | Draft & file CPA | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/11/2023 | Attend Ch 13 Meeting of Creditors | 0.30 | $350.00 | $105.00 |
| Service | JAC | 08/14/2023 | Prepare amended plan for debtor to review and sign | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/24/2023 | Review: Proof of Claim 23-50967-KMS Republic Finance, LLC Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | KAR | 08/28/2023 | Drafted email to debtor with link to amendments in Panda Docs to sign. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/28/2023 | Telephone call from debtor regarding e-mail to sign Amended Plan; reviewed original Plan and Amended Plan and discussed same with debtor | 0.20 | $150.00 | $30.00 |
| Service | JAC | 08/30/2023 | Prepare amended plan for filing with the Court | 0.10 | $350.00 | $35.00 |
| Service | JAC | 08/30/2023 | Draft notice of modified plan | 0.20 | $350.00 | $70.00 |
| Expense | KAR | 08/31/2023 | Postage: Mailed notice to debtor | 1.00 | $0.63 | $0.63 |
| Service | TR | 08/31/2023 | Review: 23-50967-KMS Amended Order Upon Employer Directing Deductions from Pay Document #19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/07/2023 | Review: Proof of Claim 23-50967-KMS FIRST HERITAGE OF MISSISSIPPI, LLC C/O HEIGHTS FIN Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/07/2023 | Review: Proof of Claim 23-50967-KMS Midland Credit Management, Inc. Document # 7 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/14/2023 | Review and revise itemizations | 0.30 | $350.00 | $105.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.4 | $350.00 | $840.00 |
| Thomas Rollins | Attorney | 2.5 | $350.00 | $875.00 |
| Jacki Curry | Non-Attorney | 4.9 | $150.00 | $735.00 |
| Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.6 | $150.00 | $90.00 |
| | | | **Total** | **$2,572.08** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5309 | 10/14/2023 | $2,572.08 | $0.00 | $2,572.08 |
| | | | **Outstanding Balance** | **$2,572.08** |
| | | | **Total Amount Outstanding** | **$2,572.08** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

# INVOICE

Invoice # 5837
Date: 01/15/2024
Due On: 02/14/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Robert Matthew Shoemaker
213 Jessie Smith Rd
Lucedale, MS 39452

### 04929-Shoemaker Robert Matthew

### Ch 13 hourly - Robert **Works Nights - CALL BEFORE NOON**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 09/14/2023 | Draft Fee Application | 0.20 | $350.00 | $70.00 |
| Expense | BB | 09/14/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $35.52 | $35.52 |
| Service | TR | 09/14/2023 | Review COS, attach to application and file w/ court | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/14/2023 | Review: Proof of Claim 23-50967-KMS Jefferson Capital Systems LLC Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/15/2023 | Review: 23-50967-KMS Objection to Confirmation of the Plan Document# 21 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/19/2023 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/20/2023 | Telephone call from debtor regarding invoice he received; explained that it will be paid through his bankruptcy | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/20/2023 | Review fiel re: obj to confirmation - draft email to Cynthia Hood to request evidence of value | 0.20 | $350.00 | $70.00 |
| Service | TR | 09/20/2023 | Review: Proof of Claim 23-50967-KMS Gulfco of Mississippi, LLC Document # 11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/20/2023 | Review: Proof of Claim 23-50967-KMS Family Choice Financia Document # 10 | 0.20 | $350.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/27/2023 | Review email from Cynthia Hood re: value of collateral - review file - call ∆ to discuss - draft response email agreeing to proposed value | 0.20 | $350.00 | $70.00 |
| Service | TR | 09/29/2023 | Review and sign proposed order on objection to confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: Proof of Claim 23-50967-KMS U.S. Small Business Administration Document # 12 | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/06/2023 | Review: 23-50967-KMS Minute Entry (CHAP) Document# 24 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/12/2023 | Review: 23-50967-KMS Order on Objection to Confirmation Document #26 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/12/2023 | Review: 23-50967-KMS Order on Application for Compensation Document #25 | 0.10 | $350.00 | $35.00 |
| Service | JC | 10/17/2023 | Telephone call from debtor inquiring about Application for Compensation; explained that it is paid through his bankruptcy; he inquired about an Agreed Order he received in the mail; reviewed Agreed Order and explained it to him; he said that is what he and TR talked about but he was just making sure he didn't need to pay anything. | 0.20 | $150.00 | $30.00 |
| Service | TR | 10/26/2023 | Review: 23-50967-KMS Order Confirming Chapter 13 Plan Document #29 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/15/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 2.0 | $350.00 | $700.00 |
| Jacki Curry | Non-Attorney | 0.3 | $150.00 | $45.00 |
| | | | **Total** | **$816.52** |

## Detailed Statement of Account

### Other Invoices

Invoice # 5837 - 01/15/2024

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5309 | 10/14/2023 | $2,572.08 | $0.00 | $2,572.08 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5837 | 02/14/2024 | $816.52 | $0.00 | $816.52 |
| | | | **Outstanding Balance** | **$3,388.60** |
| | | | **Total Amount Outstanding** | **$3,388.60** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.